UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| EDITO TUMAMAK AND AGNES | ) | Case No. 10-51110 |
| TUMAMAK, | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Wed., 6/12/13 |
| Debtors. | ) | at 9:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday**, **June 12, 2013** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Eugene Wedoff or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authority to Pay Final Compensation to Accountants and for Limited Notice,** and shall move the court for the entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the
estate of Edito & Agnes Tumamak

Norman B. Newman, (ARDC No. 02045427)
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on May 22, 2013, he electronically filed a Notice of Motion with attachments with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and by depositing same in the U.S. Mail from 191 N. Wacker Drive, Chicago, Illinois.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Edito Tumamak
Agnes Tumamak
1719 W. Thome Avenue
Chicago, IL 60660

Ben Schneider
Schneider & Stone
8424 Skokie Boulevard, Suite 200
Chicago, IL 60077

Norman Kellerman
FGMK, LLC
2801 Lakeside Drive, 3rd Floor
Bannockburn, IL 60015

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| EDITO TUMAMAK AND AGNES | ) | Case No. 10-51110 |
| TUMAMAK, | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: Wed., 6/12/13 |
| Debtors. | ) | at 9:30 a.m. |

**APPLICATION OF TRUSTEE FOR AUTHORITY TO PAY FINAL COMPENSATION TO ACCOUNTANTS AND REQUEST FOR LIMITED NOTICE**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay FGMK, LLC, ("FGMK") the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 and for approval of limited notice. In support of his motion, the Trustee respectfully states as follows:

1. On November 16, 2010, the Debtors filed their case for relief under Chapter 13 of the Bankruptcy Code (the "Code"). On June 4, 2012, they converted their case to one under Chapter 7 of the Code.

2. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

3. On February 13, 2013, this Court entered an Order authorizing Trustee to employ FGMK as accountants for the Trustee.

4. Based on the time value of the services rendered, FGMK is entitled to receive final compensation in the amount of $1,205.00 for services rendered on behalf of the Trustee.

5. Other than as permitted under Section 504 of the Bankruptcy Code, FGMK has no agreement with any other person or firm with regard to its compensation in this case.

6. At all times relevant hereto, FGMK provided accounting services in the most efficient and cost effective manner.

7.      FGMK expended 3.00 hours of services assisting the Trustee in the preparation of final federal and state tax income returns for the period ending January 31, 2013.  A statement of services is attached hereto as Exhibit "A".  The individuals involved in this matter and the time expended by them are as follows:

| Accountant | Hours Expended | Total |
| --- | --- | --- |
| Norman Kellerman | 1.60 hrs. | $736.00 |
| Kevin Hallinan | 1.40 hrs. | 469.00 |
|  |  |  |
| **TOTAL:** | **3.00 hrs.** | **$1,205.00** |

8.      The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code.

9.      The services rendered by FGMK provided a benefit to Trustee and to the creditors of this estate.

10.     Notice of hearing on this motion was provided to the parties on the service list in this case.  Because of the small amount involved in this matter, the Trustee requests that further notice be waived.

**WHEREFORE**, Trustee respectfully prays that this Court enter an Order as follows:

i.     Awarding FGMK final Chapter 7 compensation in the amount of $1,205.00.

ii.    Approving the limited notice of this application; and

iii.   Awarding such further relief as this Court deems just.

Respectfully Submitted,

/s/ Norman B. Newman
Norman B. Newman, Trustee for the
estate of Edito & Agnes Tumamak

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

4074103_1