UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| EDITO VILLAROYA TUMAMAK | ) | Case No. 10-51110-EW |
| AGNES TUMAMAK | ) | |
| | ) | Hon. EUGENE R. WEDOFF |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE EUGENE R. WEDOFF

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,850.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $21,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,600.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,850.00 | |

**EXHIBIT E**

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                               $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

/s/ Norman B. Newaman
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Edito & Agnes Tumamak
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/22/2013**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010230.0009**

12 - Trustee Matters

### FEES THROUGH JULY 22, 2013

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/25/12 | NBN | Discussion with J. Schwartz regarding employment motion and review order entered. | 0.30 |
| 07/26/12 | NBN | Telephone conference with A. Wessel's office regarding employing real estate broker and property information. | 0.30 |
| 08/02/12 | NBN | Telephone conference with real estate broker regarding employment and sale of Lancaster, California real estate. | 0.30 |
| 08/28/12 | NBN | Review filed motion to employ real estate broker. | 0.30 |
| 09/10/12 | NBN | Review order authorizing retention of R.E. Broker and finalize listing agreement. | 0.50 |
| 10/04/12 | NBN | Review updated purchase offer and advise broker ok to accept. | 0.30 |
| 10/29/12 | NBN | Review latest real estate contract. | 0.30 |
| 10/31/12 | NBN | Initial pages of real estate contract and transmit to real estate broker. | 0.30 |
| 11/07/12 | NBN | Meet with J. Gansberg regarding status of real estate contract. | 0.20 |
| 12/17/12 | NBN | Correspondences with title company regarding preparing deed (.20); review title information (.40). | 0.60 |
| 12/19/12 | NBN | Correspondences with Title Co. regarding certified copy of sale order needed. | 0.20 |
| 01/02/13 | NBN | Correspondence with title company regarding status of closing. | 0.20 |
| 01/07/13 | NBN | Telephone conference with representative of Escrow corporation regarding employer id number (.20); revise sale documents (.20). | 0.40 |
| 01/08/13 | NBN | Review updated title report and hazard report. | 0.30 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**

billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Edito & Agnes Tumamak
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/22/2013**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010230.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/14/13 | NBN | Review correspondences from Escrow Agent regarding sale closing this week. | 0.20 |
| 01/16/13 | NBN | Discussion with J. Gansberg regarding sale closed. | 0.20 |
| 01/17/13 | NBN | Review closing statement, 1099 and deposit sale proceeds. | 0.40 |
| 01/18/13 | NBN | Review Deposit confirmation (.10); issue asset notice (.20). | 0.30 |
| 01/21/13 | NBN | Review Initial Report of Assets. | 0.20 |
| 01/23/13 | NBN | Review notice fixing time to file claims. | 0.20 |
| 01/28/13 | NBN | Review claim of Discover Bank (.20); review notice fixing claim bar date (.20). | 0.40 |
| 01/29/13 | NBN | Discussion with N. Kellerman regarding engagement letter. | 0.20 |
| 02/01/13 | NBN | Correspondences with N. Kellerman regarding forms 1 and 2. | 0.20 |
| 02/04/13 | NBN | Review accountants engagement letter (.20); correspondences with accountant regarding closing statement (.10). | 0.30 |
| 02/14/13 | NBN | Review order employing accountant and letter to N. Kellerman regarding same; review and sign engagement letter. | 0.40 |
| 03/14/13 | NBN | Review claims of FIA Card Services. | 0.20 |
| 03/20/13 | NBN | Correspondences with accountant regarding return timing. | 0.30 |
| 03/28/13 | NBN | Review updated claim register. | 0.40 |
| 04/24/13 | NBN | Review claim bar date notice. | 0.20 |
| 04/26/13 | NBN | Review objectionable claims. | 0.40 |
| 05/10/13 | NBN | Review FGMK billing statement for fee application. | 0.20 |
| 05/22/13 | NBN | Review filed motion to pay accountants fees. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**

billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Edito & Agnes Tumamak
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **07/22/2013**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010230.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/24/13 | NBN | Review claims register. | 0.30 |
|  |  | **Total Hours** | **9.70** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.