UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )   Chapter 7
EDITO TUMAMAK AND AGNES             )   Case No. 10-51110
TUMAMAK,                            )   Hon. Eugene R. Wedoff
                                    )
            Debtors.                )

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, November 5, 2013** at **10:00 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Eugene R. Wedoff or any other Judge sitting in her stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Final Application of Trustee's Attorneys for the Allowance of Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

                            /s/ Norman B. Newman
                            Norman B. Newman, Trustee


Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100
nnewman@muchshelist.com


## CERTIFICATE OF SERVICE


      Norman B. Newman, an attorney, hereby certifies that on September 26, 2013, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.
                            /s/Norman B. Newman

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| EDITO TUMAMAK AND AGNES | ) | Case No. 10-51110 |
| TUMAMAK, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | |

**FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period July 12, 2012 through July 22, 2013.  In support of this Application, Much Shelist respectfully states as follows:

1. On November 16, 2010, the Debtors filed a voluntary case for relief under Chapter 13 of the Bankruptcy Code.

2. On June 4, 2012, the Debtors voluntarily converted their case to one under Chapter 7 and the Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

3. On July 25, 2012, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.  This application includes legal services rendered by the Trustee.  Mr. Newman has taken care to distinguish his legal services from his Trustee services.  Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

2

4.  Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered or reimbursement of out-of-pocket expenses incurred in this matter.

5.  Much Shelist is entitled to receive final compensation in the amount of $10,206.00 plus reimbursement of out-of-pocket expenses in the amount of $93.99 for services rendered during the period July 12, 2012 through June 22, 2013.

6.  Much Shelist provided 18.80 hours of services on behalf of the Trustee during the time period cover by this application.

7.  The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 12.60 hrs. | $600.63/hr.* | $7,568.00 |
| Jeffrey L. Gansberg | 5.20 hrs. | $401.54/hr.* | 2,088.00 |
| Jeffrey M. Schwartz | 1.00 hrs. | $550.00/hr. | 550.00 |
|  |  |  |  |
| **TOTAL** | **18.80 hrs.** |  | **$10,206.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

8.  Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in <u>In re Continental Securities Litigation</u>, 572 F. Supp. 931 (N.D. Ill. 1983) <u>modified</u> 692 F.2d 766 (7th Cir. 1992).

3

9. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

10. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **Employment of Professionals (Tab 1)**: A total of 7.30 hours of time was expended by Much Shelist with the preparation of pleadings and appearances in Court on the following employment motions: Trustee's Motion to Employ Attorneys, to Employ a Real Estate Broker, and to Employ an Accountant. Time was also spent reviewing the listing agreement, and communicating with the real estate broker regarding property information, drafting an affidavit of disinterestedness and executing the broker's agreement.

The individuals who provided services in connection with the Trustee's employment of professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 3.90 hrs. | $598.85/hr.* | $2,335.50 |
| Jeffrey L. Gansberg | 2.40 hrs. | $403.33/hr.* | 968.00 |
| Jeffrey M. Schwartz | 1.00 hrs. | $550.00/hr. | 550.00 |
| | | | |
| | | | |
| **TOTAL:** | **7.30 hrs.** | | **$3,853.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

B. **Disposition of Assets (Tab 2)**: A total of 7.60 hours of time was expended by Much Shelist on the disposition of assets of this estate. The major asset of this case was vacant land located in Lancaster, California (the "Real Estate"). Attorneys for the Trustee communicated telephonically and through written correspondences with the real estate broker regarding the property location, purchase price, tax information and various revisions to the sales

4

contract.  Counsel reviewed the offer for the Real Estate and a proposed counter offer.  An offer for the Real Estate in the amount of $21,000.00 was eventually accepted by the Trustee.  Much Shelist prepared pleadings and appeared in Court on a motion to sell real estate.  Counsel was involved in numerous telephonic and written communications with the closing agent at the title company regarding receipt of a Certified Sale Order from the Bankruptcy Court and also reviewed, revised and executed numerous closing documents.  The Trustee received approximately $18,000.00 in net proceeds from the sale of the Real Estate.

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 4.80 hrs. | $598.54/hr.* | $2,873.00 |
| Jeffrey L. Gansberg | 2.80 hrs. | $400.00/hr. | 1,120.00 |
|  |  |  |  |
| **TOTAL:** | **7.60 hrs.** |  | **$3,993.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed.  The hourly rate reflected is an average rate.

      **D.**      **Tax Issues (Tab 3)**:  A total of .50 hours of time was spent by Norman B. Newman corresponding with the Trustee's accountant regarding tax consequences and preparing a letter to taxing authorities requesting a prompt determination of tax liability.

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | .50 hrs. | $605.00/hr. | $302.50 |
|  |  |  |  |
| **TOTAL:** | **.50 hrs.** |  | **$302.50** |

      **E.**      **Fee Related Matters (Tab 4)**:  Much Shelist expended 3.40 hours preparing a final application to compensate the Trustee's accountant and presenting the application to this Court.  Time was also expended in the preparation of this final fee application.  The attorney who provided services in this category and the time expended by him is as follows:

5

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 3.40 hrs. | $605.00/hr. | $2,057.00 |
|  |  |  |  |
| **TOTAL:** | **3.40 hrs.** |  | **$2,057.00** |

11. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $93.99. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

12. The services rendered by Much Shelist as the Trustee's attorney have resulted in a substantial benefit to the Trustee and to the creditors of this estate. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $ 10,206.00 plus reimbursement of out-of-pocket expenses in the amount of $93.99 for services rendered during the period July 12, 2012 through July 22, 2013;

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

                                            **Much Shelist, P.C.**

                                    By: /s/ Norman B. Newman
                                         One of Its Attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

6

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| EDITO TUMAMAK AND AGNES ) | Case No. 10-51110 |
| TUMAMAK, ) | Hon. Eugene R. Wedoff |
| ) | |
| Debtors. ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

| | |
|---|---|
| Name of Applicant: | Much Shelist, P.C. |
| Authorized to provide professional services to: | Norman B. Newman, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | July 25, 2012 |
| Period for which compensation is sought: | 07/12/12 through 07/22/13 |
| Amount of fees sought: | $10,206.00 |
| Amount of expense reimbursement sought: | $93.99 |
| Retainer previously received: | $2,500.00 |
| This is a(n): | Interim Application __    Final Application __X__ |

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 09/26/13                                                MUCH SHELIST, P.C.

                                                               By: /s/Norman B. Newman

4219366_1