# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EDITO VILLAROYA TUMAMAK | § | Case No. 10-51110 |
| AGNES TUMAMAK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on November 5, 2013 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/26/2013                    By: /s/Norman B. Newman
                                                  Trustee

*NORMAN NEWMAN*
*191 N. WACKER DRIVE*
*SUITE 1800*
*CHICAGO, IL 60606-1615*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ILLINOIS

In re: §
 §
EDITO VILLAROYA TUMAMAK § Case No. 10-51110
AGNES TUMAMAK §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 21,000.00 |
| and approved disbursements of | $ | 4,351.05 |
| leaving a balance on hand of[1] | $ | 16,648.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: NORMAN NEWMAN | $ 2,850.00 | $ 0.00 | $ 2,850.00 |
| Attorney for Trustee Fees: Much Shelist, P.C. | $ 10,206.00 | $ 0.00 | $ 10,206.00 |
| Attorney for Trustee Expenses: Much Shelist, P.C. | $ 93.99 | $ 0.00 | $ 93.99 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,149.99 |
| Remaining Balance | | $ | 3,498.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,599.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA | $ 6,279.61 | $ 0.00 | $ 356.69 |
| 000002 | eCAST Settlement Corp. assignee to Chase | $ 8,317.05 | $ 0.00 | $ 472.42 |
| 000003 | Department Stores National Bank/Visa | $ 333.13 | $ 0.00 | $ 18.93 |
| 000004 | Northern Leasing Syste | $ 1,440.00 | $ 0.00 | $ 81.79 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 6,964.17 | $ 0.00 | $ 395.58 |
| 000006 | Discover Bank | $ 9,495.20 | $ 0.00 | $ 539.35 |
| 000007 | Capital One Bank (USA), N.A. | $ 420.54 | $ 0.00 | $ 23.89 |
| 000008 | FIA CARD SERVICES, N.A. | $ 16,172.97 | $ 0.00 | $ 918.66 |
| 000009 | FIA CARD SERVICES, N.A. | $ 12,176.68 | $ 0.00 | $ 691.65 |

Total to be paid to timely general unsecured creditors $ 3,498.96

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Norman B. Newman
Trustee

*NORMAN NEWMAN*
*191 N. WACKER DRIVE*
*SUITE 1800*
*CHICAGO, IL 60606-1615*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                   Case No. 10-51110-ERW
Edito Villaroya Tumamak                                  Chapter 7
Agnes Tumamak
        Debtors               CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal             Page 1 of 2          Date Rcvd: Oct 01, 2013
                              Form ID: pdf006            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
db/jdb         +Edito Villaroya Tumamak,    Agnes Tumamak,    1719 W. Thome Ave.,    Chicago, IL 60660-1112
16428354       +Bachomeloans,    450 American St,   Simi Valley, CA 93065-6285
16428356       +Bank Of America,    Po Box 15019,   Wilmington, DE 19850-5019
16428355       +Bank Of America, N.A.,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
                 1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
16428357       +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                 Wilmington, DE 19899-8833
16428358       #+Bk Of Amer,   Po Box 17054,    Wilmington, DE 19850-7054
20048448        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
16428360       +Carnival Sea Miles,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
16428361       +Chase,   P.o. Box 15153,    Wilmington, DE 19886-5153
18337776        Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
16590719        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16428363       +Citi Cards,    PO Box 688901,   Des Moines, IA 50368-8901
16683809       +Department Stores National Bank/Visa,     Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
20176550        FIA CARD SERVICES, N.A.,     4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
16428365       +Fst Usa Bk B,    P.o. Box 15298,   Wilmington, DE 19850-5298
16428366       +HSBC Card Services,    PO Box 37281,    Baltimore, MD 21297-3281
16428367       +Northern Leasing Syste,    132 W 31st St Fl 14,    New York, NY 10001-3405
16428368       +Wfnnb/roompl,    Po Box 2974,   Shawnee Mission, KS 66201-1374
16951169        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17425152        E-mail/Text: resurgentbknotifications@resurgent.com Oct 02 2013 02:32:05     B-Line, LLC,
                 P.O. Box 91121,    Dept. 550,   Seattle, WA 98111-9221
16900658        E-mail/Text: resurgentbknotifications@resurgent.com Oct 02 2013 02:32:04     CR Evergreen II, LLC,
                 MS 550,   PO Box 91121,    Seattle, WA 98111-9221
16428359       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2013 02:50:39      Capital One, N.a.,
                 C/O American Infosource,    Po Box 54529,   Oklahoma City, OK 73154-1529
19966522        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2013 02:51:00      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
16428364       +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2013 02:51:00      Discover Fin,    Po Box 6103,
                 Carol Stream, IL 60197-6103
16918266       +E-mail/Text: resurgentbknotifications@resurgent.com Oct 02 2013 02:32:04
                 PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Much Shelist, PC
16428362*      +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: corrinal               Page 2 of 2                  Date Rcvd: Oct 01, 2013
                              Form ID: pdf006              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2013 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Bank of America N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Anthony  Olivadoti    on behalf of Trustee Marilyn O Marshall courtdocs@chi13.com
              Ben L Schneider    on behalf of Joint Debtor Agnes  Tumamak ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Ben L Schneider    on behalf of Debtor Edito Villaroya Tumamak ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Christopher M Brown    on behalf of Creditor    Bank of America N.A.
               northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
              Jeffrey L. Gansberg    on behalf of Trustee Norman B Newman jgansberg@muchshelist.com,
               nsulak@muchshelist.com
              Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
               nsulak@muchshelist.com
              Norman B Newman    nnewman@muchshelist.com,  nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
              Norman B Newman    on behalf of Accountant    FGMK, LLC nnewman@muchshelist.com,
               nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
              Norman B Newman    on behalf of Attorney    Much Shelist nnewman@muchshelist.com,
               nnewman@ECF.epiqsystems.com;nsulak@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11