**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: EDITO VILLAROYA TUMAMAK | § Case No. 10-51110 |
| AGNES TUMAMAK | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $287,000.00            Assets Exempt: $13,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,512.44      Claims Discharged
                                                 Without Payment: $58,100.39

Total Expenses of Administration: $17,487.56

---

    3) Total gross receipts of $   21,000.00    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $21,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $217,877.00 | $13.48 | $13.48 | $13.48 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,487.56 | 17,487.56 | 17,487.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 149,101.71 | 61,599.35 | 61,599.35 | 3,498.96 |
| **TOTAL DISBURSEMENTS** | $366,978.71 | $79,100.39 | $79,100.39 | $21,000.00 |

    4)  This case was originally filed under Chapter 7 on November 16, 2010. The case was pending for 20 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2014          By: /s/NORMAN NEWMAN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property-Lancaster, CA | 1110-000 | 21,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bachomeloans | 4110-000 | 217,877.00 | N/A | N/A | 0.00 |
| | TITAN ESCROW CORPORATION | 4700-000 | N/A | 13.48 | 13.48 | 13.48 |
| **TOTAL SECURED CLAIMS** | | | **$217,877.00** | **$13.48** | **$13.48** | **$13.48** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MUCH SHELIST, P.C. | 3120-000 | N/A | 93.99 | 93.99 | 93.99 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 10,206.00 | 10,206.00 | 10,206.00 |
| TITAN ESCROW CORPORATION | 3510-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |
| TITAN ESCROW CORPORATION | 2500-000 | N/A | 455.10 | 455.10 | 455.10 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TITAN ESCROW CORPORATION | 2500-000 | N/A | 382.25 | 382.25 | 382.25 |
| TITAN ESCROW CORPORATION | 2500-000 | N/A | 42.00 | 42.00 | 42.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.09 | 12.09 | 12.09 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.82 | 12.82 | 12.82 |
| ASSOCIATED BANK | 2600-000 | N/A | 24.16 | 24.16 | 24.16 |
| ASSOCIATED BANK | 2600-000 | N/A | 26.70 | 26.70 | 26.70 |
| ASSOCIATED BANK | 2600-000 | N/A | 25.80 | 25.80 | 25.80 |
| ASSOCIATED BANK | 2600-000 | N/A | 26.62 | 26.62 | 26.62 |
| FGMK, LLC | 3410-000 | N/A | 1,205.00 | 1,205.00 | 1,205.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 25.03 | 25.03 | 25.03 |
| NORMAN NEWMAN | 2100-000 | N/A | 2,850.00 | 2,850.00 | 2,850.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$17,487.56** | **$17,487.56** | **$17,487.56** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA NA | 7100-000 | 13,459.22 | 6,279.61 | 6,279.61 | 356.69 |
| 000002 | ECAST SETTLEMENT CORPORATION | 7100-000 | 16,634.10 | 8,317.05 | 8,317.05 | 472.42 |
| 000003 | DEPARTMENT STORES NATIONAL BANK/VIS | 7100-000 | N/A | 333.13 | 333.13 | 18.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 000004 | NORTHERN LEASING SYSTE | 7100-000 | 2,880.00 | 1,440.00 | 1,440.00 | 81.79 |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 12,469.50 | 6,964.17 | 6,964.17 | 395.58 |
| 000006 | DISCOVER BANK | 7100-000 | 17,784.30 | 9,495.20 | 9,495.20 | 539.35 |
| 000007 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 840.00 | 420.54 | 420.54 | 23.89 |
| 000008 | FIA CARD SERVICES, N.A. | 7100-000 | 30,743.46 | 16,172.97 | 16,172.97 | 918.66 |
| 000009 | FIA CARD SERVICES, N.A. | 7100-000 | 21,950.16 | 12,176.68 | 12,176.68 | 691.65 |
| NOTFILED | Bank Of America | 7100-000 | 16,484.11 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Carnival Sea Miles Card Services | 7100-000 | 8,277.86 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/roompl | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Fst Usa Bk B | 7100-000 | 6,279.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $149,101.71 | $61,599.35 | $61,599.35 | $3,498.96 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-51110  
**Case Name:** EDITO VILLAROYA TUMAMAK  
AGNES TUMAMAK  
**Period Ending:** 01/24/14

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 06/04/12 (c)  
**§341(a) Meeting Date:** 07/06/12  
**Claims Bar Date:** 04/25/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property- Chicago, Illinois | 270,000.00 | 0.00 | | 0.00 | FA |
| 2 | Real Property-Lancaster, CA | 22,912.00 | 0.00 | | 21,000.00 | FA |
| 3 | Bank Account - Checking | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Automobile-95 Toyota Land Cruiser | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Automobile-05 Toyota Rav 4 | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | Automobile-99 Nissan Maxima | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | Automobile - 04 Toyota 4-Runner | 0.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets Totals** (Excluding unknown values) | **$309,912.00** | **$0.00** | | **$21,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold Debtor's real estate located in Lancaster, California. Preparing Final Report.

**Initial Projected Date Of Final Report (TFR):** March 31, 2013     **Current Projected Date Of Final Report (TFR):** September 26, 2013 (Actual)

Printed: 01/24/2014 02:33 PM     V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-51110  
**Case Name:** EDITO VILLAROYA TUMAMAK  
AGNES TUMAMAK  
**Taxpayer ID #:** **-***4926  
**Period Ending:** 01/24/14  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********77 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/18/13 | | TITAN ESCROW CORPORATION | Sale of Vacant Land | | | 18,007.17 | | 18,007.17 |
| | {2} | | | 21,000.00 | 1110-000 | | | 18,007.17 |
| | | | Property Taxes | -13.48 | 4700-000 | | | 18,007.17 |
| | | | Commissions | -2,100.00 | 3510-000 | | | 18,007.17 |
| | | | Title Charges/Closing Costs | -455.10 | 2500-000 | | | 18,007.17 |
| | | | Escrow Charges | -382.25 | 2500-000 | | | 18,007.17 |
| | | | Hazard Report | -42.00 | 2500-000 | | | 18,007.17 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 12.09 | 17,995.08 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | | 2300-000 | | 12.82 | 17,982.26 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 24.16 | 17,958.10 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 26.70 | 17,931.40 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 25.80 | 17,905.60 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 26.62 | 17,878.98 |
| 06/13/13 | 1002 | FGMK, LLC | Final Compensation | | 3410-000 | | 1,205.00 | 16,673.98 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 25.03 | 16,648.95 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 24.75 | 16,624.20 |
| 09/17/13 | | Reverses Adjustment OUT on 08/07/13 | BANK SERVICE FEE | | 2600-000 | | -24.75 | 16,648.95 |
| 11/06/13 | 1003 | NORMAN NEWMAN | Chapter 7 Compensation/Fees | | 2100-000 | | 2,850.00 | 13,798.95 |
| 11/06/13 | 1004 | MUCH SHELIST, P.C. | Claim MS-F, Payment 100.00000% | | 3110-000 | | 10,206.00 | 3,592.95 |
| 11/06/13 | 1005 | MUCH SHELIST, P.C. | Claim MS-E, Payment 100.00000% | | 3120-000 | | 93.99 | 3,498.96 |
| 11/06/13 | 1006 | CHASE BANK USA NA | Claim 000001, Payment 5.68013% | | 7100-000 | | 356.69 | 3,142.27 |
| 11/06/13 | 1007 | ECAST SETTLEMENT CORPORATION | Claim 000002, Payment 5.68014% | | 7100-000 | | 472.42 | 2,669.85 |
| 11/06/13 | 1008 | DEPARTMENT STORES NATIONAL BANK/VIS | Claim 000003, Payment 5.68247% | | 7100-000 | | 18.93 | 2,650.92 |
| 11/06/13 | 1009 | NORTHERN LEASING SYSTE | Claim 000004, Payment 5.67986% | | 7100-000 | | 81.79 | 2,569.13 |
| 11/06/13 | 1010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Claim 000005, Payment 5.68022% | | 7100-000 | | 395.58 | 2,173.55 |
| 11/06/13 | 1011 | DISCOVER BANK | Claim 000006, Payment 5.68024% | | 7100-000 | | 539.35 | 1,634.20 |
| 11/06/13 | 1012 | CAPITAL ONE BANK (USA), N.A. | Claim 000007, Payment 5.68079% | | 7100-000 | | 23.89 | 1,610.31 |
| 11/06/13 | 1013 | FIA CARD SERVICES, N.A. | Claim 000008, Payment 5.68022% | | 7100-000 | | 918.66 | 691.65 |
| 11/06/13 | 1014 | FIA CARD SERVICES, N.A. | Claim 000009, Payment 5.68012% | | 7100-000 | | 691.65 | 0.00 |

Subtotals :  $18,007.17    $18,007.17

{} Asset reference(s)

Printed: 01/24/2014 02:33 PM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-51110 | | **Trustee:** | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| **Case Name:** | EDITO VILLAROYA TUMAMAK | | **Bank Name:** | ASSOCIATED BANK |
| | AGNES TUMAMAK | | **Account:** | ********77 - Checking Account |
| **Taxpayer ID #:** | **-***4926 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 01/24/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **18,007.17** | **18,007.17** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **18,007.17** | **18,007.17** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,007.17** | **$18,007.17** | |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | **Checking # ********77** | | 18,007.17 | 18,007.17 | 0.00 |
| | | | **$18,007.17** | **$18,007.17** | **$0.00** |